# EXHIBIT A





## DRIZZILICIOUS
# BIRTHDAY CAKE

### (Limited Edition)

Drizzilicious crunchy bites are reinvented mini rice cakes drizzled with indulgent deliciousness.

A crispy better-for-you snack made with whole grains, quinoa, chia and flax; loaded with wholesome goodness and popped to perfection. The ideal combination of great taste, nature's super foods and drizzled decadence.

**Nutrition Facts**    ♥ **Vote to keep it**

# EXHIBIT B

# NUTRITION FACTS

Serving size: 0.74oz/21g (about 21 pieces)

Amount Per Service
## Calories 90

% Daily Value*

| | |
|---|---|
| **Total Fat** 3.5g | **4%** |
| Saturated Fat 2g | **10%** |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 1g | |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 85mg | **4%** |
| **Total Carbohydrate** 15mg | **5%** |
| Dietary Fiber 0g | **0%** |
| Total Sugars 6g | |
| Includes 6g Added Sugars | **12%** |
| **Protein** 1g | |
| Vitamin D 0mcg | **0%** |
| Calcium 0mg | **0%** |
| Iron 0mg | **0%** |
| Potassium 0mg | **0%** |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

**INGREDIENTS:** Crisp (White Rice Flour, Tapioca Starch, Whole Grain Yellow Corn Flour, Corn Starch, Cane Sugar, Flax, Quinoa, Cinnamon, Chia), Flavored Coating (Sugar, Palm Kernel Oil, Natural Flavors), Sugar, Palm Kernel Oil, Natural Flavors), Sugar, Cinnamon, Sunflower Oil, Sea Salt.

**Cinnamon Swirl**

Press F11 to exit full screen

# Nutrition Facts

1 serving per container
Serving size 1 bag (0.74 oz)

**Amount per serving**
## Calories 90

| | % Daily Value* |
|---|---|
| **Total Fat** 3.5g | 4% |
| Saturated Fat 1.5g | 8% |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 1g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 90mg | 4% |
| **Total Carbohydrate** 15g | 5% |
| Dietary Fiber <1g | 2% |
| Total Sugars 5g | |
| Includes 4g Added Sugars | 8% |
| **Protein** 1g | |
| Vitamin D 0mcg | 0% |
| Calcium 0mg | 0% |
| Iron 0mg | 0% |
| Potassium 0mg | 0% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

INGREDIENTS: CAKE (WHITE RICE FLOUR, TAPIOCA STARCH, WHOLE GRAIN YELLOW CORN FLOUR, CORN STARCH, CANE SUGAR, FLAX, WHOLE QUINOA, CHIA, NATURAL FLAVORS), FLAVORED COATING (SUGAR, PALM KERNEL OIL, NATURAL FLAVOR), SUNFLOWER OIL, CANE SUGAR, ORGANIC TAPIOCA SYRUP SOLIDS, NATURAL FLAVORS, SEA SALT, TURMERIC EXTRACT, ANNATTO EXTRACT, BEET JUICE, RED CABBAGE EXTRACT, CARNAUBA WAX.

**Birthday Cake**